■ PEOPLE v JOSE AGOSTO. [658 NYS2d 835] —Appeal dismissed, and the matter remanded to Supreme Court, Bronx County, for dismissal of the indictment. Concur—Rosenberger, J. P., Ellerin, Rubin, Tom and Andrias, JJ.

■ In the Matter of BALJIT SINGH, a Suspended Attorney. [658 NYS2d 835] —Motion for reinstatement granted only insofar as to refer this matter to the Departmental Disciplinary Committee for a hearing pursuant to 22 NYCRR 603.14 (g), where petitioner will have the burden of establishing by clear and convincing evidence that he possesses the requisite character and general fitness to resume the practice of law, and otherwise meets the standards for reinstatement set out in section 603.14 (b) of the Rules of this Court. No opinion. Concur—Rosenberger, J. P., Nardelli, Rubin, Tom and Mazzarelli, JJ.

(May 20, 1997)

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JUAN L. SOTO, Appellant. [658 NYS2d 841] —Judgment, Supreme Court, New York County (Herbert Adlerberg, J.), rendered October 7, 1994, convicting defendant, upon his plea of guilty, of two counts of criminal sale of a controlled substance in the third degree, and sentencing him, as a second felony offender, to concurrent terms of $4^1/_2$ to 9 years, and imposing a mandatory surcharge of $150, unanimously affirmed.

Defendant's claim that the mandatory surcharge should be waived on the ground of unreasonable hardship is premature (*People v Ramirez,* 208 AD2d 381, *lv denied* 84 NY2d 1037). Concur—Murphy, P. J., Wallach, Tom and Mazzarelli, JJ.